IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

TYRONE WILLIAMS,
No. 14960-026,

        Petitioner,

vs.                                CIVIL NO. 13-CV-01213-DRH

JAMES CROSS,

        Respondent.

### MEMORANDUM AND ORDER

**HERNDON, Chief Judge:**

Petitioner Tyrone Williams, an inmate in the Federal Correctional Institution at Greenville, Illinois, has filed a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241, challenging the execution of his sentence. More specifically, Williams contends that respondent Warden Cross failed to properly consider him for placement in a Residential Reentry Center ("RRC") for the final 12 months of his sentence. *See* 18 U.S.C. § 3624(c). According to the petition, the five-step analysis prescribed by 18 U.S.C. § 3621(b) was not followed, and Williams was only approved for release six months before the end of his prescribed term of imprisonment, rather than the maximum 12-month period.

There is insufficient information before the Court upon which to conclude that dismissal at this preliminary stage pursuant to Rule 4 is appropriate. Therefore, respondent Cross will be required to respond or otherwise plead.

**IT IS HEREBY ORDERED** that respondent shall answer the petition or otherwise plead within thirty days of the date this order is entered. This preliminary order to respond does not, of course, preclude the State from making whatever waiver, exhaustion or timeliness it may wish to present. Service upon the United States Attorney for the Southern District of Illinois, 750 Missouri Avenue, East St. Louis, Illinois, shall constitute sufficient service.

**IT IS FURTHER ORDERED** that pursuant to Local Rule 72.1(a)(2), this cause is referred to United States Magistrate Judge Clifford J. Proud for further pre-trial proceedings.

**IT IS FURTHER ORDERED** that this entire matter be **REFERRED** to United States Magistrate Judge Clifford J. Proud for disposition, as contemplated by Local Rule 72.2(b)(2) and 28 U.S.C. § 636(c), *should all the parties consent to such a referral.*

Petitioner is **ADVISED** of his continuing obligation to keep the Clerk (and each opposing party) informed of any change in his whereabouts during the pendency of this action. This notification shall be done in writing and not later than seven days after a transfer or other change in address occurs.

**IT IS SO ORDERED.**

**December 18, 2013**

David R. Herndon
2013.12.18
16:51:58 -06'00'

**Chief Judge**
**United States District Court**