IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| **TYRONE WILLIAMS,** | ) |
| | ) |
| Petitioner, | ) |
| | ) |
| vs. | )   Civil No.  13-cv-1213-CJP[1] |
| | ) |
| **JAMES CROSS,** | ) |
| | ) |
| Respondent. | ) |

### MEMORANDUM and ORDER

**PROUD, Magistrate Judge:**

Petitioner Tyrone Williams was an inmate in the BOP at the time he filed his petition for habeas relief pursuant to 28 U.S.C. §2241.  Invoking the Second Chance Act, 18 U.S.C. 3624(c), he asserted that the BOP did not properly consider him for placement in a Residential Reentry Center for the final twelve months of his sentence.  See, Doc. 5.

Respondent has now filed a Motion to Dismiss as Moot.  (Doc. 15).  The petition is moot because petitioner was released from the BOP on October 7, 2014.  Doc. 5, ¶5.

For good cause shown, respondent's Motion to Dismiss as Moot (Doc. 15) is **GRANTED**.

This cause of action is **DISMISSED WITH PREJUDICE**.   The Clerk of Court shall enter judgment in favor of respondent.

The Court notes that petitioner has not notified the Court of his new

---

[1] This case was assigned to the undersigned for final disposition upon consent of the parties pursuant to 28 U.S.C. §636(c).  See, Doc. 10.

1

address.  The Clerk of Court is directed to update the docket sheet to reflect the address shown in the certificate of service filed with Doc. 15.

**IT IS SO ORDERED.**

**DATE: July 23, 2015.**

            **s/ Clifford J. Proud**
            **CLIFFORD J. PROUD**
            **UNITED STATES MAGISTRATE JUDGE**